*E-FILED - 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE G. GRANT, | ) | No. C 09-2846 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| SERGEANT L. BARNES and | ) | |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTIONS AND | ) | |
| REHABILITATION, | ) | |
| Defendants. | ) | |

The court has dismissed the instant complaint for failure to state a cognizable claim.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED:   8/5/09

RONALD M. WHYTE
United States District Judge